Maria Baroniel
**Director Human Resources**
e| MBaroniel@road-america.com
t| 305-717-5821
7300 Corporate Center Drive, Suite 601  Miami, FL 33126 USA


ROAD | AMERICA®
a **MAPFRE** company

May 12, 2015

FILED by ___PG___ D.C.

MAY 1 5 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Adora Jean Joseph
Wells Fargo Center
333 SE 2nd Avenue - Suite 2700
Miami, Florida  33131

Re:  Itzel Hudek v. Trump Miami Resort Management, LLC
     Civil Action No.: 14-23207-CIV-WILLIAMS

Dear Ms. Joseph:

Enclosed to this correspondence please find Road America Motor Club, Inc.'s Declaration of Authenticity pertaining to the above-referenced subject matter.

Please do not hesitate to contact me if you have any additional questions or should need further assistance with regards to this case.

Sincerely,

Maria Baroniel

Encls.

Cc:  United States District Court for the Southern District of Florida
     Legal & Compliance, Road America Motor Club, Inc.

Maria Baroniel
**Director Human Resources**
e| MBaroniel@ road-america.com
t| 305-717-5821
7300 Corporate Center Drive, Suite 601  Miami, FL 33126 USA

**◯ ROAD | AMERICA®**
a **MAPFRE** company

# DECLARATION OF AUTHENTICITY

The undersigned, Maria Baroniel, makes the following declaration under penalty of perjury pursuant to the laws of the United States:

1. I am a citizen and resident of <u>Miami, Florida</u>

2. I am the Records Custodian for <u>Road America Motor Club, Inc.</u>

3. On <u>May 5, 2015</u> I received a subpoena to produce records pertaining to ITZEL HUDEK.

4. I hereby certify that after a complete search, there were no records pertaining to the above individual as he/she has never been employed by our company.

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: <u>May 6, 2015</u>

_____
MARIA BARONIEL
DIRECTOR HUMAN RESOURCES