UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23207-CIV-WILLIAMS

ITZEL HUDEK,

    Plaintiff,

vs.

TRUMP MIAMI RESORT
MANAGEMENT, LLC,

    Defendant.
_____/

## MEDIATOR'S REPORT

Mediation was held on Monday, August 3, 2015, with all parties and their counsel present. A settlement was reached.

Respectfully submitted,

**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:   (305) 416-6887


BY:   /s/ Marlene Quintana
      Marlene Quintana, Mediator
      Florida Bar No.: 88358
      marlene.quintana@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

BY:    /s/ Marlene Quintana
Marlene Quintana, Mediator

## SERVICE LIST

Rachel Goldstein, Esquire
Disability Independence Group, Inc.
2990 S.W. 35th Avenue
Miami, FL 33133
rgoldstein@justdigit.org

Jonathan Beckerman, Esquire
Littler Mendelson, P.C.
333 SE 2nd Avenue
Wells Fargo Center - Suite 2700
Miami, FL  33131
JABeckerman@littler.com

# 1823501 v1

2