IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **ITZEL HUDEK,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 14-23207-CIV-WILLIAMS |
| v. | : | |
| | : | |
| **TRUMP MIAMI RESORT MANAGEMENT, LLC,** | : | |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff ITZEL HUDEK and Defendant TRUMP MIAMI RESORT MANAGEMENT, LLC, by and through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby jointly stipulate to the voluntary dismissal of this action with prejudice. This lawsuit should, therefore, be dismissed with prejudice and with each party bearing its own costs and attorneys' fees as except as otherwise agreed.

Respectfully submitted,

/s/ Rachel Goldstein | /s/ Jonathan Beckerman
--- | ---
Rachel L. Goldstein, Esq. | Jonathan A. Beckerman
Florida Bar No.: 0095973 | Florida Bar No.: 0568252
E-Mail: rgoldstein@justdigit.org | E-mail: jabeckerman@littler.com
Matthew W. Dietz, Esq. | Jorge Zamora, Jr.
Florida Bar No.: 0084905 | Florida Bar No.: 0094713
E-mail: mdietz@justdigit.org | E-mail: jzamora@littler.com
Disability Independence Group, Inc. | LITTLER MENDELSON, P.C.
2990 Southwest 35th Avenue | Wells Fargo Center
Miami, Florida 33133 | 333 SE 2nd Avenue, Suite 2700
Telephone: (305) 669-2822 | Miami, FL 33131
Facsimile: (305) 442-4181 | Tel.: 305.400.7551
 | Fax: 305.418.7423

*Attorney for Plaintiff*

*Attorneys for Defendants*

Firmwide:135605197.1 073227.1008

2

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing *Joint Stipulation of Dismissal* has been filed via the electronic filing system on August 28, 2012.  Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the electronic filing system.

*/s/ Jonathan A. Beckerman*
Jonathan A. Beckerman
